

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00109-CV

| | | |
|---|---|---|
| MARGARET ANN COLIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MILTON COLIA, Appellant | § § § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-298286-18) |
| V. | § | January 16, 2020 |
| SCOTT EWING, D.O. | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
         Chief Justice Bonnie Sudderth